FILED _____ ENTERED
LODGED _____ RECEIVED

OCT 25 2018

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD KOGAN,<br><br>Defendant. | NO. CR18-258 RSM<br><br>**INFORMATION**<br><br>FILED UNDER SEAL |

The United States Attorney charges that:

## COUNT 1

**(Conspiracy to Commit Computer Hacking)**

1. The defendant, EDWARD KOGAN, also known as "cooled," and at least five others located abroad committed the successful intrusion of the protected computer network of a victim company, namely, Microsoft Corporation ("Microsoft"). For approximately three weeks beginning in late-January 2017, the cybercriminal group obtained remote access to Microsoft's network, uploaded malicious code, and stole employee credentials and non-public and proprietary files and information owned by Microsoft, including data related to pre-release software and products, which the participants used for their own purposes and, in some cases, published on various online

INFORMATION - 1
*United States v. Edward Kogan*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

forums and websites. The cybercriminal group did not target, nor compromise, data related to or belonging to customers of Microsoft services.

2. Microsoft is a multinational technology company with headquarters in Redmond, Washington. Microsoft develops, manufactures, licenses, supports and sells computer software, consumer electronics, personal computers, and related services. Its best known products include the Microsoft Windows line of operating systems, the Office suite, the Internet Explorer and Edge web browsers, the Xbox video game consoles, and Microsoft Surface personal computers.

3. Microsoft's network is a vast and complex web of different computers, servers, and devices. The intrusion in this case targeted the Windows & Devices Group's build services, which are used by developers to produce new software products and updated versions of existing products, such as Windows and Xbox, which have not yet been released to the public. Several of the targeted systems contained portions of software source code that had not been released to the public and were undergoing review by industry partners.

4. Source code is highly confidential and valuable intellectual property. For this reason, companies like Microsoft purposely do not release the source code for their products because it would, in effect, allow others to replicate or alter their products. Although no Microsoft customer or partner data was compromised, Microsoft was required to halt the distribution of certain code to ensure no unauthorized modifications had been made.

5. By targeting unique servers associated with build services, the group was specifically attempting to gain information on pre-release software builds before their official release for production. For example, one of the main targets for compromise was a legacy externally facing server hosting a support tool called MSSolve. Through the compromise of MSSolve, the cybercriminal group gained access to other servers housing source code of various older versions of Windows. These other servers are used to generate software builds that can be distributed to industry partners for testing within

INFORMATION - 2
*United States v. Edward Kogan*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

their environments and associated products as part of a quality assurance process. The cybercriminal group also gained entry into servers containing software builds for Xbox-associated software.

## I. OFFENSE

6. Beginning at a time unknown, but no later than January 24, 2017, and continuing through on or after March 29, 2017, at Redmond, within the Western District of Washington, and elsewhere, the defendant EDWARD KOGAN, and others known and unknown, did knowingly and willfully combine, conspire, confederate and agree together to commit offenses against the United States, to wit:

    a. to knowingly cause the transmission of a program, information, code, and command, and as a result of such conduct, intentionally cause damage without authorization to a protected computer, and cause loss to one or more persons during a one-year period aggregating at least $5,000 in value and damage affecting 10 or more protected computers during a one-year period, in violation of Title 18, United States Code, Sections 1030(a)(5)(A) and (c)(4)(B)(i).

## II. OBJECTIVES OF THE CONSPIRACY

7. The objectives of the conspiracy included hacking into protected computers and servers of Microsoft using deceptive means and malicious software (hereinafter, "malware") designed to provide the co-conspirators with unauthorized access to non-public data and proprietary information. The objectives of the conspiracy further included locating and exfiltrating files, software, and code, which the conspirators shared with one another and others.

## III. MANNER AND MEANS OF THE CONSPIRACY

8. The manner and means used to accomplish the conspiracy included the following:

    a. The co-conspirators, located in various countries, communicated through messaging applications and Internet Relay Chat (IRC) channels, including one or more chat rooms hosted on a co-conspirator's private server, called "Ring of Lightning."

INFORMATION - 3
*United States v. Edward Kogan*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Through such means, the co-conspirators coordinated actions and shared information relating to the intrusion of Microsoft's network and the search for and exfiltration of non-public data and proprietary information.

    b.  Through deceptive means, including the use of compromised Microsoft credentials (e.g., username and password) belonging to another person, one or more co-conspirators gained unauthorized remote access to a protected Microsoft computer.

    c.  One or more co-conspirators, using such unauthorized access, identified additional credentials for administrative and employee accounts, which the co-conspirators used to move laterally throughout Microsoft's network, compromising additional computers and servers, many of which were located in the Western District of Washington. The group largely targeted computers and servers used by software developers to share and store Microsoft products, some of which were still in the pre-release and development stages and, in some cases, were never released publicly.

    d.  One or more co-conspirators implanted multiple types of code on Microsoft's network. For example, one of the types of malicious code included a "web shell" that provided a platform for the co-conspirators to access Microsoft's network and to search the Microsoft file repository for particular files of interest and download selected files. This "web shell" also allowed the co-conspirators to interact directly with the compromised system and execute standard Windows system commands to view processes, services, and perform system administration tasks. Another type of program that a co-conspirator uploaded allowed users to scan the network for servers listening on particular "ports" and potentially to look for specific vulnerabilities. The co-conspirator also compromised Microsoft employee account credentials and "service account" credentials. These credentials were required to facilitate the conspiracy's use of the "web shell" and to move within Microsoft's protected network.

    e.  The co-conspirators, including EDWARD KOGAN, without authorization, accessed Microsoft's protected system and ran tens of thousands of

INFORMATION - 4
*United States v. Edward Kogan*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

individual queries for files and information across Microsoft's network. Search terms included, among other things, Microsoft-specific terms and internal codenames for pre-release products, demonstrating a heightened level of sophistication and familiarity with Microsoft's business processes.

   f. The co-conspirators, including EDWARD KOGAN, downloaded without authorization more than 5,000 files from Microsoft's network. This included non-public data and proprietary information related to Microsoft internal policies as well as Microsoft products, including source code for pre-release software builds, Windows operating systems, and Microsoft Xbox games consoles.

   g. The co-conspirators, including EDWARD KOGAN, shared information with one another and used the unauthorized network access and stolen Microsoft information for their own use and benefit. For instance, the co-conspirators gathered many non-public files and placed copies on one or more shared servers, accessible to the members of the conspiracy and others, associated with a particular website, owned and maintained by a member of the conspiracy, specifically dedicated to monitoring and tracking Microsoft product updates.

## IV. OVERT ACTS

  9. In furtherance of the conspiracy, and to achieve the objects thereof, the defendant, and others known and unknown, did commit and cause to be committed, the following overt acts, among others, in the Western District of Washington and elsewhere:

   a. On or about January 24, 2017, a co-conspirator located in the United Kingdom (UK), also known as "Rai-chan" (hereinafter "Co-Conspirator #1"), used compromised credentials to gain unauthorized remote access to a protected Microsoft computer.

   b. On or about January 24, 2017, Co-Conspirator #1 uploaded various malicious code to a protected Microsoft computer, which damaged the integrity of the data, a program, a system, and information stored thereon. Similar malware uploads occurred on various dates thereafter.

INFORMATION - 5
*United States v. Edward Kogan*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

c.      On or about January 27, 2017, Co-Conspirator #1 conducted queries for particular files and information. Co-Conspirator #1 conducted similar searches and exfiltrated files from Microsoft servers on various dates thereafter.

d.      On or about January 28, 2017, in an IRC chat room dedicated to the targeting of Microsoft's networks, Co-Conspirator #1 shared with others the link to the "web shell" providing access to Microsoft's network, along with the message "got api [application programming interface] ready."

e.      On or about January 28, 2017, a co-conspirator located in the United Arab Emirates (UAE), also known as "Airportsfan" (hereinafter "Co-Conspirator #2"), accessed Microsoft's network through the platform created by the malware and conducted queries for particular files and information. Co-Conspirator #2 conducted similar searches and exfiltrated files from Microsoft servers on various dates thereafter.

f.      On or about January 28, 2017, a co-conspirator located in Eastern Europe, specifically, Slovakia, also known as "lucascore" (hereinafter "Co-Conspirator #3"), accessed Microsoft's network through the platform created by the malware and conducted queries for particular files and information. Co-Conspirator #3 conducted similar searches and exfiltrated files from Microsoft servers on various dates thereafter.

g.      On or about February 2, 2017, EDWARD KOGAN, located in the United States, specifically, the state of Florida, using a proxy Internet Protocol (IP) address in New York, accessed Microsoft's network through the platform created by the malware and conducted queries for particular files and information. EDWARD KOGAN conducted similar searches and exfiltrated files from Microsoft servers on various dates thereafter.

h.      On or about February 2, 2017, a co-conspirator located in Western Europe, specifically, the Netherlands, also known as "ultrawindows" (hereinafter "Co-Conspirator #4"), accessed Microsoft's network through the platform created by the malware and conducted queries for particular files and information. Co-Conspirator #4

INFORMATION - 6
*United States v. Edward Kogan*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

conducted similar searches and exfiltrated files from Microsoft servers on various dates thereafter.

  i. On or about February 8, 2017, in an IRC chat room, various co-conspirators, including EDWARD KOGAN, discussed Microsoft internal training materials, discovered on Microsoft's network, related to the handling and storage of "sensitive" company information.

  j. On various dates, EDWARD KOGAN and his co-conspirators shared information and coordinated their efforts to locate items of interest on Microsoft's network. By way of example,

   i. On February 2, 2017, EDWARD KOGAN ran queries for a particular Microsoft software build, identified by unique number. Shortly thereafter, also on February 2, 2017, the Twitter account for the website owned and maintained by a co-conspirator located in the UK, also known as "hounsell" (hereinafter "Co-Conspirator #5"), announced (tweeted) that the new Microsoft build had been published on the website. Minutes later, Co-Conspirator #5 posted on his personal Twitter account a link to (retweeted) the website's Twitter announcement, along with the comment, "mm, looks like we're back in business on [website], that winter turbulence is (hopefully) over."

   ii. On February 2, 2017, in an IRC chat room, various co-conspirators, including EDWARD KOGAN, discussed searching for files relating to the Xbox video game console. EDWARD KOGAN expressed his belief to his co-conspirators that files and information about a specific version of the Xbox video game console "should be here." In doing so, EDWARD KOGAN referred to the device by its internal Microsoft codename.

   iii. On February 11, 2017, in an IRC chat room, various co-conspirators, including EDWARD KOGAN, discussed the exfiltration of files and information related to the Xbox video game console. As part of the dialogue, EDWARD KOGAN suggested to a co-conspirator, "…you should look for the xbox signing tools."

INFORMATION - 7
*United States v. Edward Kogan*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

k. On or about February 16, 2017, having detected the intrusion and having conducted an extensive internal investigation and remediation effort, Microsoft successfully terminated the cybercriminal group's unauthorized access to Microsoft's network. On the same date, and thereafter, co-conspirators discussed changes to the passwords for accounts they were using to access Microsoft's network and the need to locate and acquire new passwords to re-establish and maintain unauthorized access to the protected system.

l. On or about March 29, 2017, one or more co-conspirators regained unauthorized remote access to a protected Microsoft computer. Microsoft detected the intrusion and again successfully terminated the unauthorized access to Microsoft's network.

10. The offense conduct, summarized above, caused direct and foreseeable harm to Microsoft, in the Western District of Washington and elsewhere, including the theft of more than 5,000 internal files, which included source code and other non-public data and proprietary information about Microsoft and its various products, and damage to over 30 protected computers, each of which was used in and affected interstate and foreign commerce and communication. The total monetary harm caused to Microsoft by the intrusion remains under investigation. The internal investigation and remediation costs alone exceed $1,000,000.

All in violation of Title 18, United States Code, Section 371.

## FORFEITURE ALLEGATION

11. The allegations contained in Count 1 of this information are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1030(i). Upon conviction of the offense charged in Count 1, the defendant shall forfeit to the United States any property constituting, or derived from, proceeds the defendant obtained, directly or indirectly, as the result of such offenses, and shall also forfeit the defendant's interest in any personal

INFORMATION - 8
*United States v. Edward Kogan*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

property that was used or intended to be used to commit or to facilitate the commission of such offense.

12. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

DATED this 25th day of October, 2018.

_____
ANNETTE L. HAYES
United States Attorney

_____
ANDREW C. FRIEDMAN
Assistant United States Attorney

_____
STEVEN T. MASADA
Assistant United States Attorney

INFORMATION - 9
*United States v. Edward Kogan*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970